UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br><br>                                                  Debtor. | Master Docket No. 23-CV-9210 (JPO) |
| ARK235 DOE, ARK242 DOE, ARK321 DOE, ARK 38 DOE, and ARK356 Doe,<br>                                                  Appellants,<br><br>-v-<br><br>THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,<br>                                                  Appellee. | Appeal Case No. 23-CV-9271 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On November 20, 2023, the Court ordered the appellants in the case 23-CV-9271 (the "Anderson Appellants") to show cause as to why that appeal should not be dismissed for failure to comply with Fed. R. Bankr. P. 8009(a)(1)(B)(i).  Having considered the declaration of Patrick Stoneking (ECF No. 15), the Court concludes that dismissal of the appeal is not warranted.  *See In re Tampa Chain Co., Inc.*, 835 F.2d 54, 55 (2d Cir. 1987).  Accordingly, the order to show cause is discharged and the Anderson Appellants may proceed with their appeal.

      SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                        J. PAUL OETKEN
                                                   United States District Judge