**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

In re:

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, NEW YORK,

                                        Debtor.
------------------------------------------------------------------X
 ARK235 DOE, ARK242 DOE, ARK321 DOE, ARK 38
DOE, and ARK356 Doe,

                              Appellants,                              23 **CIVIL** 9210 (JPO)

             -against-                                                    **JUDGMENT**


THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, NEW YORK,

                                        Appellee.
------------------------------------------------------------------X


        It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated July 15, 2024, the September 26, 2023

Memorandum Opinion and Order of the United States Bankruptcy Court for the Southern District

of New York, sustaining the Debtor's Sixteenth Omnibus Objection with prejudice, is

AFFIRMED; accordingly, the case is closed.


**Dated:**  New York, New York
        July 16, 2024

                                                        **DANIEL ORTIZ**
                                                _____
                                                    **Acting Clerk of Court**
                                BY:
                                                _____
                                                        **Deputy Clerk**